66

| | |
|---|---|
| **U.S. Department of Justice**<br>Washington, D.C.<br>3/19/2021/am | **Criminal Docket** |

| | |
|---|---|
| __McALLEN__   Division | CR. No.   **M-21-603**   M-21-0387-M |
| **INDICTMENT**   Filed: March 23, 2021 | Judge:   RICARDO H HINOJOSA |
| County:   Hidalgo | |
| Lions #:   **2021R01865** | Attorneys: |
| UNITED STATES OF AMERICA | JENNIFER B. LOWERY, ACTING U.S. ATTORNEY |
| v. | PATRICIA COOK PROFIT, ASST. U.S. ATTORNEY |
| MARIA ESTELA SUPRISE<br>*3/4/21: Bond $100,000 secured, w/$10,000 deposit* | Ct. 1     Carlos Andres Garcia, Ret'd (956) 584-1448 |
| YOLANDA PENA<br>*3/5/21: Bond $50,000 bond w/$2,500 deposit* | Ct. 1     David Rene Gorena, Ret'd (956) 381-5605 |
| DAISY YANNETTE SUPRISE<br>*3/15/21: Bond $75,000 bond w/$7,500 deposit* | Ct. 1     Demetrio Duarte, Jr., Ret'd (210) 733-6181 |

Charge(s):   Ct. 1:   Laundering of monetary instruments
Title 18, United States Code, Sections 1956(a)(1)(B)(i) and(ii) and (h).

Total Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 20 years and/or a fine not to exceed $500,000 or twice the value of the property involved in the transaction, whichever is greater, and not more than a 3 yr. SRT

Agency:   Drug Enforcement Administration – Alfonso Perez - M5-18-0060

Proceedings

Date